UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:14-cr-63-FtM-38DNF

YIDELKA CACERES
_____

**FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture for Substitute, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for $5,932.00 in United States currency in satisfaction of the defendant's Forfeiture Money Judgment.

The Court, being fully advised in the premises, hereby finds as follows:

1. On January 7, 2015, the Court entered a $5,932.00 Forfeiture Money Judgment and a Preliminary Order of Forfeiture for Substitute Asset, seeking forfeiture of defendant's right, title, and interest in the identified asset, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).   Doc. 77.

2. In accordance with the provisions of Title 21, United States Code, Section 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the asset, on the official government website, www.forfeiture.gov, from January 9, 2015 through February 07, 2015.   Doc. 96.  The publication gave notice to all third parties with a legal interest in the asset to file with the Clerk of Court, U.S. Federal Courthouse and

Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

3.   No person or entity, other than Caceres, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture for Substitute Asset, is known to have an interest in the asset.  No third party has filed a petition or claimed an interest in this asset, and the time for filing a petition has expired.

4.   The Court finds that the asset is the property of defendant Caceres. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is **GRANTED**.   It is **FURTHER ORDERED** that all right, title and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(n)(7) for disposition according to law.   Clear title to the identified asset is now vested in the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida, this 12th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties