UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 2:14-cr-63-FtM-38DNF

YIDELKA CACERES

**ORDER**

This matter comes before the Court on the United States' Unopposed Motion to Amend Judgment (Doc. #104) filed on March 27, 2015. The Government moves the Court for an Order amending the Judgment to correct an error. Specifically, the Government indicates that the Defendant was sentenced to a 5 year term of probation and payment of restitution in the amount of $7,924.00 payable to the United States of America. While the restitution is technically accurate, the Internal Revenue Service (IRS) has requested the Judgment be amended to recognize the IRS as the recipient of the restitution. The Government does not object to amending the Judgment. The Court, having considered the motion, finds good cause and will grant the relief requested.

Accordingly, it is now **ORDERED:**

The United States' Unopposed Motion to Amend Judgment (Doc. 104) is **GRANTED**. The Court will enter an amended judgment under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this March 30, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record