UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 2:14-cr-63-FtM-38DNF

YIDELKA CACERES

### ORDER

This matter comes before the Court on the *pro se* Motion for Early Termination of Probation (Doc. #120) filed on August 17, 2016. The defendant moves the court, *pro se*, for early termination of the probation term imposed during sentencing. On February 2, 2015, the defendant was sentenced to a term of 60 months of probation with conditions. In her Motion, Defendant indicates restitution has been paid. Christopher David, United States Probation Officer, confirms that there is no objection to the early termination of probation as the defendant has met her financial obligation and has no outstanding special conditions on probation. The Government has not provided a written response and the time to do so has lapsed. The Court, having received no objection from Probation or the Government, will grant the relief requested as outlined below.

Accordingly, it is now **ORDERED:**

The *pro se* Motion for Early Termination of Probation (Doc. 120) is **GRANTED**. The Defendant's term of probation is hereby terminated.

**DONE AND ORDERED** at Fort Myers, Florida, this October 6, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record